UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 22-62078-CIV-MARTINEZ-BECERRA

LIFE INSURANCE COMPANY OF THE
SOUTHWEST,

    Plaintiff,

v.

RAQUEL CORDEIRO DE AZEVEDO,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Motion for Final Default Judgment as to Defendant Raquel Cordeiro De Azevedo ("Motion"). (ECF No. 13.) Judge Becerra filed an R&R recommending that the Motion be granted. (ECF No. 14, at 1, 6–7.) The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Becerra's R&R, (ECF No. 14), is **AFFIRMED** and **ADOPTED**. Further, it is:

**ADJUDGED** that the Motion, (ECF No. 12), is **GRANTED** as set forth in the R&R. Final judgment shall be entered by separate order.

**DONE AND ORDERED** in Miami, Florida, this 25 day of September, 2023.

                                                       JOSE E. MARTINEZ
                                                       UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record